IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| GERARDO VILLALOBOS, | § | |
| and others similarly situated | § | |
| Plaintiffs, | § | |
| | § | **CIVIL ACTION NO. 6:15-cv-71** |
| v. | § | COLLECTIVE ACTION |
| | § | |
| GULF COAST ACQUISITIONS CO., L.C., | § | |
| and TERRY BELLOWS | § | |
| Defendant. | § | |

# JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Gerardo Villalobos, and others similarly situated, and Defendants Gulf Coast Acquisitions Co., L.C. and Terry Bellows, submit their Joint Motion to Dismiss with Prejudice, and would respectfully show the Court as follows:

1. The parties have reached a resolution and agreed to the dismissal of this action.

2. The parties agree that all claims should be dismissed with prejudice and costs taxed against the parties incurring same.

THEREFORE, the parties ask the Court to sign a final judgment dismissing this cause with prejudice to re-filing the same, that all cost of Court be taxed against the party incurring same and to grant them all other relief to which they may be justly entitled.

Respectfully submitted,

ROYSTON RAYZOR VICKERY & WILLIAMS L.L.P.

/s/ Myra K. Morris

Myra K. Morris, Attorney-in-Charge
Federal I.D. No. 13611
State Bar No. 14495850
E-mail: myra.morris@roystonlaw.com
Brian C. Miller
Federal I.D. No. 21194

1

State Bar No. 24002607
E-mail: brian.miller@roystonlaw.com
802 N. Carancahua
Frost Bank Plaza, Suite 1300
Corpus Christi, Texas 78401-0021
Tel. No. (361) 884-8808
Fax No. (361) 884-7261

And

Jordan F. Kaplan
Federal ID No. 1124446
Texas Bar No. 24074511
1600 Smith Street, Ste. 5000
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: jordan.kaplan@roystonlaw.com

**ATTORNEYS FOR DEFENDANTS, GULF COAST ACQUISITIONS CO., L.C. AND TERRY BELLOWS**

ROSS LAW GROUP

*Charles L. Scalise*

Charles L. Scalise, Attorney-in-Charge
Texas Bar No. 24064621
Daniel B. Ross
Texas Bar No. 789810
1104 San Antonio Street
Austin, TX 78701
(512) 474-7677
(512) 474-5306 Fax
Email: Charles@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF GERARDO VILLALOBOS AND OTHERS SIMILARLY SITUATED**

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served on April 4, 2016, in the matter provided below:

**VIA CM/ECF SYSTEM**
Charles L. Scalise
Daniel B. Ross
ROSS LAW GROUP
1104 San Antonio Street
Austin, TX 78701
(512) 474-7677
(512) 474-5306 Fax
Email: Charles@rosslawgroup.com
*Attorneys for Plaintiff*

    /s/   Myra K. Morris
ROYSTON RAYZOR VICKERY & WILLIAMS L.L.P.