Case 6:15-cv-00071   Document 22   Filed in TXSD on 04/08/16   Page 1 of 2

United States District Court
Southern District of Texas

**ENTERED**
April 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| GERARDO VILLALOBOS, § <br> and others similarly situated § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> GULF COAST ACQUISITIONS CO., L.C., § <br> and TERRY BELLOWS § <br> Defendant. § | **CIVIL ACTION NO. 6:15-cv-71** <br> COLLECTIVE ACTION |

# AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the *Joint Motion to Dismiss with Prejudice*. After consideration of same, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the above-styled cause of action is dismissed with prejudice as to all claims and all parties.

IT IS THEREFORE ORDERED that all costs and fees be taxed against the party incurring same.

The Court intends that this be a final judgment. The Court therefore ORDERS that any pending requests for relief not previously addressed in this Order are DENIED.

SIGNED and ORDERED this  8th   day of  April                        , 2016.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

1

60665:20228363

**AGREED AS TO FORM AND CONTENT:**

ROYSTON RAYZOR VICKERY & WILLIAMS L.L.P.

/s/ Myra K. Morris
_____

Myra K. Morris, Attorney-in-Charge
Federal I.D. No. 13611
State Bar No. 14495850
E-mail: myra.morris@roystonlaw.com
Brian C. Miller
Federal I.D. No. 21194
State Bar No. 24002607
E-mail:  brian.miller@roystonlaw.com
802 N. Carancahua
Frost Bank Plaza, Suite 1300
Corpus Christi, Texas 78401-0021
Tel. No. (361) 884-8808
Fax No. (361) 884-7261

And

Jordan F. Kaplan
Texas Bar No. 24074511
1600 Smith Street, Ste. 5000
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: jordan.kaplan@roystonlaw.com

**ATTORNEYS FOR DEFENDANTS, GULF COAST ACQUISITIONS CO., L.C. AND TERRY BELLOWS**

ROSS LAW GROUP

*Charles L. Scalise*
_____

Charles L. Scalise, Attorney-in-Charge
Texas Bar No. 24064621
Daniel B. Ross
Texas Bar No. 789810
1104 San Antonio Street
Austin, TX 78701
(512) 474-7677
(512) 474-5306 Fax
Email: Charles@rosslawgroup.com

**ATTORNEYS FOR  PLAINTIFF GERARDO VILLALOBOS AND OTHERS SIMILARLY SITUATED**

60665:20228363